IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| Krzysztof Ziarno, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>VOLKSWAGEN GROUP OF AMERICA, INC., a New Jersey corporation, and VOLKSWAGEN AG, a foreign corporation<br><br>Defendants. | Civil Action No.: 2:20-cv-03833 |

**PLAINTIFF KRZYSZTOF ZIARNO'S NOTICE OF
VOLUNTARY DISMISSAL WITHOUT PREJUDICE**

**PLEASE TAKE NOTICE** that pursuant to Federal Rule of Civil Procedure 41(a)(1)(A) and 23(e), Plaintiff Krzysztof Ziarno ("Ziarno"), by and through his counsel, hereby voluntarily dismisses his individual and proposed class claims **without prejudice**, as follows:

WHEREAS, Plaintiff Ziarno filed his Class Action Complaint on April 8, 2020, (Dkt. No. 1);

WHEREAS, Defendants Volkswagen Group of America, Inc. and Volkswagen AG have neither answered nor moved for summary judgment;

WHEREAS, Plaintiff Ziarno and his counsel have decided to voluntarily dismiss Ziarno's claims without prejudice;

WHEREAS, under Federal Rule of Civil Procedure 41(a)(1)(A), Plaintiff is entitled to dismiss this action on his own initiative without a court order:

WHEREAS under Federal Rule of Civil Procedure 23(e), neither court approval nor notice to the proposed class is required since Plaintiff has not filed a motion seeking class certification and does not propose that a class be certified for purposes of settlement;

NOW THEREFORE, Plaintiff Ziarno hereby dismisses his action it its entirety **without**

**prejudice**.

DATE: April 15, 2020

                                                          Respectfully submitted,

                                                          */s/ Russell D. Paul*

**SO ORDERED.**

*s/ Susan D. Wigenton*
Hon. Susan D. Wigenton
United States District Judge

Dated: April 16, 2020

                                                          Russell D. Paul (NJ Bar # 037411989)
Jeffrey L. Osterwise
Amey J. Park
Abigail J. Gertner
**BERGER MONTAGUE PC**
1818 Market Street
Suite 3600
Philadelphia, PA 19103
Tel: (215) 875-3000
Fax: (215) 875-4604
rpaul@bm.net
josterwise@bm.net
apark@bm.net
agertner@bm.net

Mitchell M. Breit
Jason 'Jay' Barnes
Brittany A. Boswell
**SIMMONS HANLY CONROY**
12 Madison Avenue
New York, NY 10016-7416
Tel. (212) 784-6400
Fax (212) 213-5949
mbreit@simmonsfirm.com
jaybarnes@simmonsfirm.com
bboswell@simmonsfirm.com

Gregory F. Coleman
Mark E. Silvey
Arthur Stock
**GREG COLEMAN LAW PC**
First Tennessee Plaza
800 S. Gay Street, Suite 1100
Knoxville, TN 37929
Tel. (865) 247-0080
Fax (865) 522-0049
greg@gregcolemanlaw.com
mark@gregcolemanlaw.com
arthur@gregcolemanlaw.com

Mark P. Bryant

2

Emily Ward Roark
**BRYANT LAW CENTER PSC**
601 Washington Street
P.O. Box 1876
Paducah, KY 42002-1876
Tel. (270) 442-1422
Fax (270) 443-8788
mark@bryant.law
emily@bryant.law

*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

      I hereby certify that on April 15, 2020, I electronically filed the foregoing document using the CM/ECF system which will send notification of such filing to the e-mail addresses registered in the CM/ECF system, as denoted on the Electronic Mail Notice List.

                                        */s/ Russell D. Paul*